**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

WILLIAM KING, individually and on          :
behalf of all similarly situated
individuals,                                               :

      Plaintiffs,                                          :

vs                                                             : CA 07-0674-C

NCO FINANCIAL SYSTEMS, INC.,          :

      Defendant.                                         :

## ORDER

Plaintiff, William King, having filed a Stipulation of Dismissal with Prejudice, it is hereby **ORDERED, ADJUDGED and DECREED** that the claims of the plaintiff against defendant NCO Financial Systems, Inc. in the above-styled action are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

DONE AND ORDERED this 26th day of March, 2008.

        s/WILLIAM E. CASSADY
        UNITED STATES MAGISTRATE JUDGE